UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JULIE ANN FRANCIS,**<br><br>Plaintiff,<br><br>vs.<br><br>**ANDREW SAUL,**<br>**COMMISSIONER OF SOCIAL**<br>**SECURITY ADMINISTRATION,**<br><br>Defendant. | 2:20-CV-11894-TGB-APP<br><br><br>**JUDGMENT** |

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge Anthony P. Patti's Report and Recommendation (ECF No. 19), it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment (ECF No. 14) is **DENIED**, that Defendant's Motion for Summary Judgment (ECF No. 16) is **GRANTED**, and that the case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  August 31, 2021.

                                                KINIKIA ESSIX
                                                CLERK OF THE COURT

                                                s/A. Chubb
                                                Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE